## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

### N O T I C E

UNITED STATES OF AMERICA          CASE NO. CR-01-00195-003

vs.                                             *Judge Caldwell*

SHIRANDA POSEY

_____

Type of Case:
_____ (   ) Civil          (X) Criminal_____

(xx) Take Notice that the proceeding in this case has been
     SCHEDULED for the place, date, and time set forth below:

U.S. District Court          COURTROOM NO. 1 - Ninth Floor
228 Walnut Street
Harrisburg, PA               November 23, 2005 at 10:00 a.m.

TYPE OF PROCEEDING:          Revocation of Supervised Release Hearing

*NOTE: Attorneys and clients appearing for pleas are expected to be in the courtroom ten minutes prior to the time court is scheduled to begin to sign the appropriate paperwork.*

                              Mary E. D'Andrea, Clerk


                              Ann Severino Michael
                              Deputy Clerk


DATED: November 21, 2005

Judge William W. Caldwell
William A. Behe, AUSA
Thomas A. Thornton, FPD
U.S. Marshal
U.S. Probation
Shiranda Posey (IN CUSTODY-Williamsport)
Wes Armstrong, Lori Shuey, Wendy Yinger, Court Reporter(s)
File Copy