%AO    (8/96) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT

MIDDLE    District of    PENNSYLVANIA

UNITED STATES OF AMERICA
### V.
SHIRANDA POSEY

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number:    **AMENDED - CR-01-00195-003**

Thomas Thornton, FPD
Defendant's Attorney

## THE DEFENDANT:

X    admitted guilt to violation of condition(s)  #2,6 & Special Condition #1    the term of supervision.

☐    was found in violation of condition(s) _____ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| #2 | Defendant shall report to the probation office & submit written reports w/in the first 5 days of each month. | 07/06/2005 |
| #6 | Defendant shall notify the probation officer 10 days prior to any change in residence. | 05/18/2005 |
| Special Condition | Defendant shall pay any balance of the fine imposed in minimum monthly installments of no less than $85. | July 2005 |

FILED
HARRISBURG, PA

DEC 0 5 2005

MARY E. _____ CLERK
Deputy Clerk

The defendant is sentenced as provided in pages 2 through    5    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has not violated _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec.    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

Defendant's Date of    Birth: 09/06/1970

Defendant's USM No.:    10847-067

Defendant's Residence Address:

▬▬▬▬▬▬▬

Defendant's Mailing Address:

▬▬▬▬▬▬▬

November 23, 2005
Date of Imposition of Judgment

_William W Caldwell_
Signature of Judicial Officer

William W. Caldwell, United States District Judge
Name and Title of Judicial Officer

December 5, 2005
Date

Certified from the record
Date 12/5/05
Mary E. _____ Clerk
For _____
Deputy Clerk

| | |
|---|---|
| DEFENDANT: | Shiranda Posey |
| CASE NUMBER: | 1:CR-01-00195-003 |

Judgment — Page __2__ of __5__

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __time served (two days)__

The court makes the following recommendations to the Bureau of Prisons:

The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

| | |
|---|---|
| DEFENDANT:   Shiranda Posey | Judgment—Page __3__ of __5__ |
| CASE NUMBER:   1:CR-01-00195-003 | |

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of    __six months__ .

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐   The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X   The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:     Shiranda Posey
CASE NUMBER:   1:CR-01-00195-003

## ADDITIONAL SUPERVISED RELEASE TERMS

1.  The defendant shall submit to a drug and alcohol evaluation and participate in a program of testing and treatment for drug and alcohol abuse, as directed by the Probation Officer.

2.  The defendant shall submit to regular urinalysis testing as directed by the Probation Office.

AO 245D    (6/99) Judgment in a Criminal Case for Revocations
Sheet 3— Continued 1 — Supervised Release

DEFENDANT:      Shiranda Posey
CASE NUMBER:    1:CR-01-00195-003

Judgment—Page    5    of    5

# ADDITIONAL STANDARD CONDITIONS OF SUPERVISION

**14. You shall refrain from possessing a firearm, destructive device, or other dangerous weapon;**

**15. You shall participate in a program of testing and treatment for drug abuse, as directed by the Probation Officer, until such time as you are released from the program by the Probation Officer;**

**16. The defendant shall notify the Court of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines, or special assessments;**

**17. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the Probation Officer unless the defendant is in compliance with the installment schedule for payment of restitution, fines, or special assessments;**

**18. The defendant shall provide the Probation Officer with access to any requested financial information.**