IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, :
    Plaintiff :
     :
vs. : Criminal No. 01-00195-003
     :
SHIRANDA POSEY, :
    Defendant :

ORDER

AND NOW, this ___ day of December, 2005, upon a finding that the defendant, Shiranda Posey, is financially unable to obtain counsel, IT IS ORDERED that Thomas A. Thornton, Federal Public Defender, Office of the Federal Public Defender, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania, 17101, telephone (717) 782-2237, is appointed to represent the defendant in all matters pertaining to this action.

William W. Caldwell
United States District Judge