FILED IN CHAMBERS
U.S.D.C. Atlanta

AO 94 (Rev 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

SEP 0 5 2008

JAMES N. HATTEN, Clerk
By: _Edward_
Deputy Clerk

NORTHERN _____ District of _____ GEORGIA

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
|---|---|
| V. | DISTRICT |
| SHIRANDA POSEY | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 1.08-MJ-1038 | 1:01-CR-195 | 1 08-MJ-1038 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment   ☐ Information   ☐ Complaint   X Other (specify)

charging a violation of _____ U.S.C. §

ATTEST: A TRUE COPY
CERTIFIED THIS

**DISTRICT OF OFFENSE**
MIDDLE DISTRICT OF PENNSYLVANIA

**DESCRIPTION OF CHARGES:**

SEP 0 9 2008

SUPERVISED RELEASE VIOLATION

James N. Hatten, Clerk
By: _____
Deputy Clerk

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| Interpreter Required? | X No | ☐ Yes | Language. | |

**DISTRICT OF GEORGIA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

9/5/08 _____ _Gerrilyn, D. Brill_
Date _____ Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CRIMINAL DOCKET FOR CASE #: 1:08-mj-01038-GGB All Defendants
## Internal Use Only

Case title: USA v. Posey
Other court case number: 1:01-CR-195-03 USDC MD PA,
Harrisburg Division

Date Filed: 09/05/2008
Date Terminated: 09/05/2008

Assigned to: Magistrate Judge Gerrilyn
G. Brill

**Defendant (1)**

**Shiranda Posey**
*TERMINATED: 09/05/2008*

represented by **Shiranda Posey**
PRO SE

**Richard Brooks Holcomb**
Federal Defender Program, Inc.
100 Peachtree Street NW
Suite 1700 The Equitable Building
Atlanta, GA 30303
404-688-7530
Fax: 404-688-0768
Email: Richard_Holcomb@FD.Org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or
Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

ATTEST: A TRUE COPY
CERTIFIED THIS

SEP 0 9 2008

James N. Hatten, Clerk
By: _____
Deputy Clerk

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:3583.F INCLUSION OF A TERM OF SUPERVISED RELEASE AFTER IMPRISONMENT. | |

**Plaintiff**

**USA**                                    represented by **Mary Christine Roemer**
Office of United States Attorney
75 Spring Street, S.W.
600 United States Courthouse
Atlanta, GA 30303
404-581-6000
Email: mary.roemer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/05/2008 | | Arrest (Rule 40) of Shiranda Posey (fap) (Entered: 09/09/2008) |
| 09/05/2008 | 1 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Rick Holcomb as to Shiranda Posey. Signed by Magistrate Judge Gerrilyn G. Brill on 09/05/08. (fap) (Entered: 09/09/2008) |
| 09/05/2008 | 2 | Minute Entry for proceedings held before Magistrate Judge Gerrilyn G. Brill: Initial Appearance in Rule 5(c)(3) Proceedings as to Shiranda Posey held on 9/5/2008. Defendant waives Identity and Preliminary Hearing. Waiver filed. Preliminary and Detention Hearing Requested in Charging District. (Attachments: # 1 Warrant and Petition, # 2 Amended Judgment, # 3 Judgment) (Tape #GGB 08-29 @ 1627) (fap) (Entered: 09/09/2008) |
| 09/05/2008 | 3 | WAIVER of Rule 40 Hearings by Shiranda Posey. (ekb) (Entered: 09/09/2008) |
| 09/05/2008 | 4 | GOVERNMENTS MOTION for Detention by USA as to Shiranda Posey. (ekb) (Entered: 09/09/2008) |
| 09/05/2008 | 5 | ORDER OF DETENTION Pending Final Hearing on Petition for Revocation of Supervised Release by Judge Gerrilyn G. Brill as to Shiranda Posey. (ekb) (Entered: 09/09/2008) |
| 09/05/2008 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Shiranda Posey. Defendant committed to USDC MD PA, Harrisburg Division. Signed by Magistrate Judge Gerrilyn G. Brill on 9/5/08. (cc: Hand delivered Original and 4 Certified Copies |

| | | to USM on 9/8/08) (ekb) (Entered: 09/09/2008) |
|---|---|---|
| 09/05/2008 | 📷 | Magistrate Case Closed. Defendant Shiranda Posey terminated. (ekb) (Entered: 09/09/2008) |



FILED IN CHAMBERS
U.S.D.C. Atlanta

SEP 0 5 2008

JAMES N. HATTEN, Clerk
By: _Edwards_
Deputy Clerk

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

    CASE NO. 1:08-MJ-1038

SHIRANDA POSEY,

        Defendant.

## ORDER APPOINTING COUNSEL

### RICK HOLCOMB

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 5th day of September, 2008.


_Jerilyn D. Brill_
**UNITED STATES MAGISTRATE JUDGE**

**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**                    FILED IN OPEN COURT

|  |  |  |  |
|---|---|---|---|
| DATE: | 9/5/08 | @ | 3:16 PM |
| TAPE: | GGB 08-29 | @ | 1627 |
| TIME IN COURT: | | | 4 min. |

| | | | |
|---|---|---|---|
| MAGISTRATE JUDGE | GERRILYN G. BRILL | COURTROOM DEPUTY CLERK: | Suzy Edwards |
| CASE NUMBER: | 1:08-MJ-1038 | DEFENDANT'S NAME: | SHIRANDA POSEY |
| AUSA: | Mary Roemer | DEFENDANT'S ATTY: | Rick Holcomb |
| USPO / PTR: | | ( ) Retained    ( ) CJA    (X) FDP    ( ) Waived | |

_X_     ARREST DATE     9/5/08

_X_     Initial appearance hearing held.                    _X_     Defendant informed of rights.

_____     Interpreter, sworn: _____

**COUNSEL**

_X_     ORDER appointing Federal Defender as counsel for defendant.

_____     ORDER appointing _____ as counsel for defendant.

_____     ORDER: defendant to pay attorney's fees as follows: _____

**REMOVAL  HEARING**

_X_     Defendant WAIVES identity hearing.                    _X_     WAIVER FILED

_____     Identity hearing HELD.     _____     Defendant is named defendant in complaint / indictment.

_X_     Defendant WAIVES preliminary hearing in this district only.     _X_     Requested in charging district

_____     Preliminary hearing HELD.     _____     Probable cause found.  Defendant to answer to charges in other district.

_X_     Commitment issued; defendant ORDERED held for removal to other district.

**BOND/PRETRIAL DETENTION HEARING**

_X_     Government motion for detention filed.  Pretrial hearing set for _____ @ _____

_X_     Detention hrg requested in charging district     ( _____ In charging district.)

_____     Bond/Pretrial detention hearing HELD.

_____     Government motion for detention   ( ) GRANTED    ( ) DENIED

_____     Pretrial detention ordered.     _____     Written order to follow.

_____     BOND set at _____          _____ NON-SURETY          _____ SURETY

          _____ cash               _____ property          _____ corporate surety ONLY

_____     SPECIAL CONDITIONS: _____

_____     Bond filed.  Defendant released.

_____     Bond not executed.   Defendant to remain in Marshal's custody.

_____     Motion   ( _____ verbal)     to reduce/revoke bond filed.

_____     Motion to reduce/revoke bond     _____ GRANTED     _____ DENIED

_____     See page 2



AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**                  **WARRANT FOR ARREST**

v.                           CASE NUMBER: 1:01-CR-195-03

**SHIRANDA POSEY**                  Judge William W. Caldwell

To: The United States Marshal
    and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest  **SHIRANDA POSEY**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

❑ Indictment   ❑ Information   ❑ Complaint   ❑ Order of Court   ❑ Violation Notice   X Probation Violation Petition

charging her with **Violations of Conditions of Supervised Release.**

Mary E. D'Andrea                              Clerk, U.S. District Court, Middle District of PA
Name of Issuing Officer                        Title of Issuing Officer

*[signature]*                                  December 28, 2005, Harrisburg, PA
Signature of Issuing Officer or Deputy Clerk    Date and Location

Bail fixed at $ _____          by _____
                                           Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

\# 10847-067

SEP-05-2008 FRI 01:14 PM USPO Scranton          FAX NO. 5702075880          P. 02
Case 1:01-cr-00195-WWC    Document 414    Filed 09/17/2008    Page 8 of 25

Case 1:01-cr-00195-WWC    Document 365    Filed 12/28/2005    Page 1 of 3

# UNITED STATES DISTRICT COURT
## for
## MIDDLE DISTRICT OF PENNSYLVANIA

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: __Shiranda Posey__    Case Number: ____1:CR-01-195-03____

Name of Sentencing Judicial Officer: __The Honorable William W. Caldwell__

Date of Original Sentence: __June 24, 2002__

Original Offense: Use of a Telephone in Committing a Felony Drug Offense, 21 U.S.C. § 843(b)

Original Sentence: 48 months imprisonment, $1,000.00 fine, $100.00 special assessment, and 12 months supervised release. On November 23, 2005, the defendant's term of supervised release was revoked, and the offender was re-sentenced to a term of two days imprisonment, with credit for time served, to be followed by six months supervised release.

Type of Supervision: Supervised Release    Date Commenced: November 23, 2005

Asst. U.S. Attorney: William A. Behe    Defense Attorney: Thomas Thornton

## PETITIONING THE COURT

|X|  To issue a Warrant

[ ]  To issue a Summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| General Condition | **"While on supervised release, the defendant shall refrain from any unlawful use of a controlled substance."** |

During interviews with the probation officer, Ms. Posey admitted to using the following drugs on the dates indicated: **Marijuana** – November 24, 2005; **Cocaine** - November 24 through November 26, 2005, December 3, December 4, December 9, and December 12, 2005; and **Heroin** - November 24, November 26, December 3, December 4, December 9, and December 12, 2005.

On December 12, 2005, Ms. Posey admitted to having taken and consumed unknown pills given to her by a friend. None of these pills were prescribed to Ms. Posey. One of the pills she admitted consuming December 9, 2005, was methadone. Ms. Posey showed the probation officer one of the remaining methadone tablets.

Ms. Posey was released. Currently, there are no charges pending against Ms. Posey.

POSEY, Shiranda
Page 2
Request for Warrant

Additionally, Ms. Posey tested positive for Marijuana, Cocaine, and Heroin on December 21, 2005, after being discharged from White Deer Run Detox Facility on December 20, 2005.

**Standard Condition #2**

"The defendant shall report to the Probation Officer..."

On November 28, December 7, December 14, and December 27, 2005, Ms. Posey failed to report to the probation officer as directed.

**Standard Condition #5**

"The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons."

On November 28 and December 9, 2005, Ms. Posey admitted that, despite direction from the probation officer, she has not made an effort to locate suitable employment.

**Standard Condition #9**

"The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer."

On November 28, 2005, Ms. Posey admitted using illicit substances with "friends" on November 24 through November 26, 2005.

On December 6, 2005, Ms. Posey admitted purchasing and using illicit substances with Wanda Kimbell on December 3 and December 4, 2005.

On December 9, 2005, Ms. Posey admitted associating with Timothy Perry, her boyfriend, for the past six months. Mr. Perry is a convicted felon who had an outstanding warrant issued by the New York State Parole Office in Manhattan, New York. Mr. Perry was taken into custody at Ms. Posey's apartment December 6, 2005.

On December 6, 2005, U.S. Marshals and Williamsport police confiscated heroin, methadone, marijuana, a large quantity of cash, and a firearm from Ms. Posey's residence. The confiscated items reportedly belonged to Mr. Perry who appeared to have established a partial residence at the apartment with Ms. Posey. Both were taken into custody with a third individual; however, Ms. Posey was released. Currently, there are no charges pending against Ms. Posey.

Case 1:01-cr-00195-WWC   Document 365   |   Filed 12/28/2005   Page 3 of 3

POSEY, Shiranda
Page 3
**Request for Warrant**

**U.S. Probation Officer Recommendation:**

[X] The term of supervision should be

    [X] revoked.

    [ ] extended for _____ years, for a total term of _____ years.

[ ] The conditions of supervision should be modified as follows:

I declare under the penalty of perjury
that the foregoing is true and correct.

Executed on: ___13/21/05___

by: _____
William C. Pool for
Cheryl C. Kennedy
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]    No Action

[X]    The Issuance of a Warrant

[ ]    The Issuance of a Summons

[ ]    Other

_____
William W. Caldwell, United States District Judge

___1/ 2/ 2.0/06___
Date

Case 1:01-cr-00195-WWC   Document 359   Filed 12/05/2005   Page 1 of 5

AO    (8/96) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT

MIDDLE                    District of                    PENNSYLVANIA

UNITED STATES OF AMERICA           **JUDGMENT IN A CRIMINAL CASE**
**V.**                             (For Revocation of Probation or Supervised Release)

SHIRANDA POSEY                     (For Offenses Committed On or After November 1, 1987)

Case Number:              AMENDED - CR-01-00195-003

Thomas Thornton, FPD
Defendant's Attorney

## THE DEFENDANT:

X    admitted guilt to violation of condition(s)  #2,6 & Special Condition #1    the term of supervision.

☐    was found in violation of condition(s) _____ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| #2 | Defendant shall report to the probation office & submit written reports w/in the first 5 days of each month. | 07/06/2005 |
| #6 | Defendant shall notify the probation officer 10 days prior to any change in residence. | 05/18/2005 |
| Special Condition | Defendant shall pay any balance of the fine imposed in minimum monthly installments of no less than $85. | July 2000 or |

FILED
HARRISBURG, PA

DEC 0 5 2005

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

The defendant is sentenced as provided in pages 2 through   5   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has not violated _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec.:    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

Defendant's Date of    Birth: 09/06/1970

Defendant's USM No.:    10847-067

Defendant's Residence Address:

Defendant's Mailing Address:

November 23, 2005
Date of Imposition of Judgment

_William W Caldwell_
Signature of Judicial Officer

William W. Caldwell, United States District Judge
Name and Title of Judicial Officer

December 5, 2005
Date

Certified from the record
Date 12-5-05
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

DEFENDANT:                Shiranda Posey
CASE NUMBER:              1:CR-01-00195-003                    Judgment — Page ___2___ of ___5___

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ___time served (two days)___

The court makes the following recommendations to the Bureau of Prisons:

The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ ☐ a.m.    ☐ p.m.    on _____

    ☐  as notified by the United States Marshal.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    before 2 p.m. on _____

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

AO 245D    Case 1:01-cr-00195-WWC    Document 359    Filed 12/05/2005    Page 3 of 5
(2/95) Judgment in a Criminal Case for Revocations
Sheet 3— Supervised Release

| | | | |
|---|---|---|---|
| DEFENDANT: | Shiranda Posey | | Judgment—Page ___3___ of ___5___ |
| CASE NUMBER: | 1:CR-01-00195-003 | | |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of        **six months**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994;*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐    The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X    The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer ten days prior to any change in residence or employment;

7)    the defendant shall refrain from excessive use of alcohol;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245D    (for *) Judgment in a Criminal Case for Revocations
Sheet 3— Reverse — Supervised Release

DEFENDANT:        Shiranda Posey
CASE NUMBER:     1:CR-01-00195-003

Judgment—Page ___4___ of ___5___

# ADDITIONAL SUPERVISED RELEASE TERMS

1. The defendant shall submit to a drug and alcohol evaluation and participate in a program of testing and treatment for drug and alcohol abuse, as directed by the Probation Officer.

2. The defendant shall submit to regular urinalysis testing as directed by the Probation Office.

| AO 245D | Judgment in a Criminal Case for Revocations Sheet 3— Continued 1 — Supervised Release | Document 359 | Filed 12/05/2005     Page 5 of 5 |

DEFENDANT:     Shiranda Posey
CASE NUMBER:   1:CR-01-00195-003

Judgment—Page __5__ of __5__

## ADDITIONAL STANDARD CONDITIONS OF SUPERVISION

14. You shall refrain from possessing a firearm, destructive device, or other dangerous weapon;

15. You shall participate in a program of testing and treatment for drug abuse, as directed by the Probation Officer, until such time as you are released from the program by the Probation Officer;

16. The defendant shall notify the Court of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines, or special assessments;

17. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the Probation Officer unless the defendant is in compliance with the installment schedule for payment of restitution, fines, or special assessments;

18. The defendant shall provide the Probation Officer with access to any requested financial information.

Case 1:01-cr-00195-WWC   Document 357   Filed 12/22/2005   Page 1 of 4

AO    (8/96) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT

MIDDLE                    District of                    PENNSYLVANIA

UNITED STATES OF AMERICA          **JUDGMENT IN A CRIMINAL CASE**
V.                                (For Revocation of Probation or Supervised Release)
                                  (For Offenses Committed On or After November 1, 1987)
SHIRANDA POSEY

Case Number:              1:CR-01-00195-003

Thomas Thornton, FPD
Defendant's Attorney

**THE DEFENDANT:**

X    admitted guilt to violation of condition(s)  #2.6 & Special Condition #1    the term of supervision.

☐    was found in violation of condition(s) _____ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| #2 | Defendant shall report to the probation office & submit written reports w/in the first 5 days of each month. | 07/06/2005 |
| #6 | Defendant shall notify the probation officer 10 days prior to any change in residence. | 05/18/2005 |
| Special Condition | Defendant shall pay any balance of the fine imposed in minimum monthly installments of no less than $85. | July 2005 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has not violated _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. ▓▓▓▓▓

Defendant's Date of ▓▓▓▓▓

Defendant's USM No.:   10847-067

Defendant's Residence Address:
▓▓▓▓▓
▓▓▓▓▓

Defendant's Mailing Address:
▓▓▓▓▓
▓▓▓▓▓

November 23, 2005
Date of Imposition of Judgment

Signature of Judicial Officer

William W. Caldwell, United States District Judge
Name and Title of Judicial Officer

November 23, 2005
Date

Certified from the record
Date 11/23/05
Mary E. D'Andrea, Clerk
Per
Deputy Clerk

Case 1:01-cr-00195-WWC    Document 357    Filed 11/23/2005    Page 2 of 4

AO 245D    [8/96] Judgment in a Criminal Case for Revocations
Sheet 3— Supervised Release

DEFENDANT:    Shiranda Posey
CASE NUMBER:    1:CR-01-00195-003

Judgment—Page ___2___ of ___4___

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of    six months from the expiration date of 12/19/2005.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐    The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable)

X    The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;
2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)    the defendant shall support his or her dependents and meet other family responsibilities;
5)    the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6)    the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7)    the defendant shall refrain from excessive use of alcohol;
8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)    the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245D   (6/99) Judgment in a Criminal Case for Revocations
Sheet 3— Reverse — Supervised Release

DEFENDANT:       Shiranda Posey                           Judgment—Page ___3___ of ___4___
CASE NUMBER:     1:CR-01-00195-003

## ADDITIONAL SUPERVISED RELEASE TERMS

1. The defendant shall submit to a drug and alcohol evaluation and participate in a program of testing and treatment for drug and alcohol abuse, as directed by the Probation Officer.

2. The defendant shall submit to regular urinalysis testing as directed by the Probation Office.

AO 245D   (6/99) Judgment in a Criminal Case for Revocations
Sheet 3— Continued 1 — Supervised Release

---

DEFENDANT:     Shiranda Posey                          Judgment—Page  4  of  4
CASE NUMBER:   1:CR-01-00195-003

## ADDITIONAL STANDARD CONDITIONS OF SUPERVISION

14. You shall refrain from possessing a firearm, destructive device, or other dangerous weapon;

15. You shall participate in a program of testing and treatment for drug abuse, as directed by the Probation Officer, until such time as you are released from the program by the Probation Officer;

16. The defendant shall notify the Court of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines, or special assessments;

17. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the Probation Officer unless the defendant is in compliance with the installment schedule for payment of restitution, fines, or special assessments;

18. The defendant shall provide the Probation Officer with access to any requested financial information.

Page 2

Defendant: _____     Case No.: _____

Date: _____

WITNESSES:

_____

_____

_____

_____

_____

_____

_____

_____

_____

EXHIBITS:

_____

_____

_____

_____

_____

_____

_____

_____

_____

Original Exhibits     _____ RETAINED by the Court     _____ RETURNED to counsel

AO 466 (Rev. 10/03) Waiver of Rule 32.1 Hearings

FILED IN OPEN COURT
U.S.D.C. Atlanta
DEC SEP 0 5 2008
JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

# UNITED STATES DISTRICT COURT

_____ NORTHERN _____ DISTRICT OF _____ GEORGIA _____

UNITED STATES OF AMERICA

**WAIVER OF RULE 32.1 HEARINGS**
(Probation/Supervised Release Violation)

v.

CASE NUMBER:   1:08-MJ-1038 _____

_____ SHIRANDA POSEY _____

Defendant

CHARGING DISTRICTS
CASE NUMBER:     1:01-CR-195-03 _____

I understand that charges are pending in the _____ MIDDLE _____ District of _____ PENNSYLVANIA _____

alleging violation of _____ Supervised Release _____ and that I have been arrested in this district and
(Probation / Supervised Release)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    a preliminary hearing (but only if I will be kept in custody, and the hearing will only be held in this district if the alleged violation occurred here) to determine whether there is probable cause to believe a violation occurred; and

(4)    a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

## I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(  )  identity hearing

(  )  preliminary hearing        + detention hearing

( ✓ )  identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

_____ 9/5/08 _____
Date

_____
Defense Counsel

3

ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

~~DEC~~ SEP 0 5 2008

JAMES N. HATTEN, Clerk
By: _Edward_
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION NO. |
| v. | : | 1:08-MJ-*1038* |
| | : | |
| SHIRANDA POSEY | : | |

## GOVERNMENT'S MOTION FOR DETENTION

Comes now the United States of America, by and through its counsel, David E. Nahmias, United States Attorney, and Mary C. Roemer, Assistant United States Attorney for the Northern District of Georgia, and pursuant to 18 U.S.C. §§ 3143(a) and Fed. R. Crim. P. 32.1(a)(6) moves for detention of the above-captioned defendant. The Court should detain Defendant unless it finds by clear and convincing evidence that Defendant is not likely to flee or pose a danger to the community.

Dated: this 5th day of September, 2008.

Respectfully submitted,

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

MARY C. ROEMER
ASSISTANT U.S. ATTORNEY
600 U.S. Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303
(404)581-6265
Ga. Bar No. 611790

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day filed the foregoing document by hand-delivery to the court and provided a copy of the same to defense counsel by hand-delivery.

Attorney for Defendant

This 5th day of September, 2008.

MARY C. ROEMER
ASSISTANT UNITED STATES ATTORNEY

FILED IN CHAMBERS
U.S.D.C. Atlanta

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

DKT SEP 0 5 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **ORDER OF DETENTION PENDING FINAL** |
| vs. | **HEARING ON PETITION FOR REVOCATION** |
| SHIRANDA POSEY | **OF SUPERVISED RELEASE** |

**CASE NO.**    1:08-MJ-1038

In accordance with FED. R. CR. P. 32.1(a)(6) and 46(d), and the Bail Reform Act, 18 U.S.C. §3143(a), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending the holding of the final hearing on the petition to revoke supervised release in this case.

### Part I - Findings

The Defendant has not shown by clear and convincing evidence that:

☑ (1)  The Defendant is not a serious risk of non-appearance at the final hearing;

☑ (2)  There is not a serious risk that the defendant will endanger the safety of another person or the community.

### Part II - Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes that:

( _Defendant waived detention hearing_
_in this district_ )

### Part III - Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative of confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED**, this the __5th__ day of _____September____, 2008.

_Gerrilyn Brill_
GERRILYN G. BRILL
**UNITED STATES MAGISTRATE JUDGE**

5

FILED IN CHAMBERS
U.S.D.C. Atlanta

AO 94 (Rev 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

DEC SEP 0 5 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

NORTHERN          District of          GEORGIA

UNITED STATES OF AMERICA
**V.**
SHIRANDA POSEY

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 1.08-MJ-1038 | 1:01-CR-195 | 1 08-MJ-1038 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment   ☐ Information   ☐ Complaint   X Other (specify)

charging a violation of          U.S.C. §

**DISTRICT OF OFFENSE**
MIDDLE DISTRICT OF PENNSYLVANIA

**DESCRIPTION OF CHARGES:**

SUPERVISED RELEASE VIOLATION

**CURRENT BOND STATUS:**

☐ Bail fixed at ___ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**   ☐ Retained Own Counsel   X Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   X No   ☐ Yes   Language.

### DISTRICT OF GEORGIA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

9/5/08 _Date_          _Jerilyn D. Brill_ _Judge_

### RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |