UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

NOTICE

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. CR-01-00195-003 |
| vs. | *Judge Caldwell* |
| SHIRANDA POSEY | |

---

**Type of Case:**
( ) Civil      (X) Criminal

(xx) Take Notice that the proceeding in this case has been <u>SCHEDULED</u> for the place, date, and time set forth below:

| | |
|---|---|
| U.S. District Court<br>228 Walnut Street<br>Harrisburg, PA | COURTROOM NO. 1 - Ninth Floor<br><br>September 24, 2008 at 2:00 p.m. |
| **TYPE OF PROCEEDING:** | Revocation of Supervised Release Hearing |

***NOTE: Attorneys and clients appearing for pleas are expected to be in the courtroom ten minutes prior to the time court is scheduled to begin to sign the appropriate paperwork.***

Mary E. D'Andrea, Clerk

Ann Severino-Michael
Deputy Clerk

DATED: September 18, 2008

Judge William W. Caldwell
William A. Behe, AUSA
Thomas A. Thornton, FPD
U.S. Marshal
U.S. Probation
Shiranda Posey (IN CUSTODY)
Wes Armstrong, Lori Shuey, Wendy Yinger, Court Reporter(s)
File Copy

FILED
HARRISBURG, PA
SEP 18 2008
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk